# EXHIBIT D

EXHIBIT D
CLAIM CHART FOR U.S. PATENT NO. 7,758,490 AND THE ACTIPATCH THERAPY TRIAL

The source of the information provided in the column containing the basis for Plaintiff's allegations is from Plaintiff's Pre-Suit Investigation unless otherwise indicated.

| Preamble or Claim Limitation | Basis for Plaintiff's allegation that the claim limitation is found in the accused device |
|---|---|
| 1. A method for electromagnetic therapeutic treatment of animals and humans comprising the steps of: | From http://www.actipatch.com/<br><br>**About ActiPatch®**<br><br>ActiPatch® is a new and clinically proven drug free technology in the fight against chronic muscle & joint pain. Provides long-lasting and drug-free pain relief with no side-effects. ActiPatch® relieves pain due to muscle and joint soreness, strains and sprains, arthritis, fibromyalgia, and more.<br><br>From Plaintiff's Pre-Suit Investigation<br><br>ActiPatch Therapy Trial (X001E373UX)<br><br>[image of circular loop device with control unit, labeled "inductive apparatus and therapeutic device"] |
| Configuring at least | From Plaintiff's pre-suit investigation, the following waveform parameters were |

| | |
|---|---|
| one waveform according to a mathematical model having at least one waveform parameter, | measured:<br><br>Oscillation frequency-<br>26.60 MHz-27.17 MHz for ActiPatch Therapy Trial<br><br>Pulse width-<br> 86 microsecond to 87 micosecond for ActiPatch Therapy Trial<br><br>Pulse Rate<br>1.111-1.136 KHz for ActiPatch Therapy Trial<br><br>The above waveform parameters prove that (1) the ActiPatch Therapy Trial device generates a waveform, (2) the waveform is coupled to the target pathway structure as shown in the picture of a person's back above, and (3) the above frequency, pulse width, or pulse rate numbers are within the range of parameters that have been configured according to a mathematical model. |
| said at least one waveform to be coupled to a target pathway structure; | From http://www.actipatch.com/  therapeutic device positioned in proximity to target pathway structure and the device generates waveforms coupled to the target pathway structure<br><br>target pathway structure |
| Choosing a value of said at least one | |

| | |
|---|---|
| waveform parameter to satisfy a Signal to Noise Ratio model so that said at least waveform is configured to be detectable in said target pathway structure above background activity in said target pathway structure: | From Plaintiff's pre-suit investigation, the following waveform parameters were measured:<br>Oscillation frequency-<br>26.60 MHz-27.17 MHz for ActiPatch Therapy Trial<br><br>Pulse width-<br> 86 microsecond to 87 micosecond for ActiPatch Therapy Trial<br><br>Pulse Rate<br>1.111-1.136 KHz for ActiPatch Therapy Trial<br><br>The above frequency, pulse width, or pulse rate numbers are within the range of parameters that satisfy a signal to noise ratio model so that the waveform is detectable in the target pathway structure above background activity in the target pathway structure.<br><br>From http://www.actipatch.com/why-actipatch/how-actipatch-works/<br><br>The ActiPatch® pulsed signal rate prevents adaption to allow long-term use. ActiPatch® therapy extended pain relief improves sleep, physical activity and overall quality of life. ActiPatch® relieves chronic and acute pain due to muscle and joint soreness, strains and sprains, arthritis, fibromyalgia, and more.<br><br>This list of benefits prove that the waveform is detectable in the target pathway structure above background activity in the target pathway structure. |
| Generating an electromagnetic signal from said configured at least one waveform: | http://www.actipatch.com/why-actipatch/how-actipatch-works/<br><br>**How ActiPatch® Works**<br>Chronic pain results from central sensitization, which causes the nervous system to develop a persistent state of high reactivity. This serves to amplify and maintain the pain even after the initial injury has healed.<br>Therefore, chronic pain is often poorly correlated to the degree of peripheral tissue injury. **ActiPatch's electromagnetic signal pulses 1,000 times per second to stimulate neuromodulation of the afferent nerves to dampen the brains perception of pain.** |
| Integrating at least one coupling device with a positioning | Additionally,<br>From http://www.actipatch.com/ |

| | | |
|---|---|---|
| device to be placed in proximity to said target pathway structure; and Coupling said electromagnetic signal to said target pathway structure using said at least one coupling device. |  | coupling device positioned in proximity to target pathway structure; electromagnetic signal is coupled to target pathwy structure<br><br>target pathway structure<br><br>positioning device |
| | | |

4820-3877-0326.1