**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Endonovo Therapeutics, Inc., | CASE NUMBER |
| PLAINTIFF(S) | CV 19-04465-ODW(AFMx) |
| v. | |
| BioElectronics Corporation, | ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM |
| DEFENDANT(S). | |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

May 28, 2019
Date

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge  George H. Wu  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  GW  after the case number, so that the case number will read  2:19-cv-04465 GW(AFMx) . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*

CV-128 (04/14)   ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM